■ BOARD OF EDUCATION OF THE MONROE-WOODBURY CENTRAL SCHOOL DISTRICT, Appellant-Respondent, v ABRAHAM WIEDER et al., Respondents-Appellants.—Motion by the respondents-appellants to hold the plaintiff in contempt for failure to comply with an order and judgment of the Supreme Court, Orange County (Green, J.), dated April 7, 1987, the stay (see, CPLR 5519 [c]) of which was vacated by order of this court dated July 15, 1987.

Ordered that the motion is denied as academic.

The appeal from the order and judgment is decided herewith in the plaintiff's favor. Thompson, J. P., Weinstein, Rubin and Harwood, JJ., concur.